## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**CHERELYN BUSH,**

     **Plaintiff,**

**vs.**                                   **CASE NO.: 3:18-cv-01526-TJC-MCR**

**THE DISTRICT BOARD OF**
**TRUSTEES OF DAYTONA STATE**
**COLLEGE,**

     **Defendants.**

_____/

### JOINT MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW, the parties, Plaintiff, CHERELYN BUSH, and Defendant, THE DISTRICT BOARD OF TRUSTEES OF DAYTONA STATE COLLEGE ("DSC"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Local Rules 3.01, 3.08, and 4.15, U.S. M.D. Fla., and the Court's Order Regarding Notice of Settlement entered September 30, 2019 [Doc. 22], file this Joint Motion for Dismissal with Prejudice and state:

1.    The parties filed their Joint Notice of Settlement on September 27, 2019 [Doc. 21].

2.    The Court entered its Order Regarding Notice of Settlement on September 30, 2019 [Doc. 22], directing the parties to file a joint motion for

dismissal or other appropriate documents to close out the file by November 26, 2019.

3.      Pursuant to said Order and to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the parties file this Joint Motion seeking entry of an Order of Dismissal with Prejudice.

4.      The parties are hereby in agreement with the dismissal with prejudice, with each party bearing its own fees and costs except as specifically agreed to in the parties' settlement documents.

WHEREFORE, the parties, by and through their respective undersigned counsel, submit this Joint Motion for Dismissal With Prejudice, and respectfully request that the Honorable Court (i) grant this Joint Motion; (ii) enter an Order dismissing this action with prejudice, (iii) instructing the Clerk to CLOSE the file; and (iv) for such further relief as deemed necessary and proper.

KEITH L. HAMMOND, P.A.
250 N. Orange Avenue, Suite 1200
Orlando, Florida 32801
Telephone: (407) 730-9909
Facsimile: (800) 861-0585
Primary e-mail:
keith@hammondlawcenter.com
Secondary e-mail:
admin@hammondlawcenter.com

BUSH & AUGSPURGER, P.A.
411 E. Jackson Street
Orlando, FL  32801
(407) 422-5319
(407) 849-1821 – FAX
lja@bushlawgroup.com
djh@bushlawgroup.com
slo@bushlawgroup.com

By: _s/ Keith L. Hammond_
Keith L. Hammond, Esq.
Fla. Bar No. 0164798
Attorney for Plaintiff,
CHERELYN BUSH

By: _s/ Dylan J. Hall_
Dylan J. Hall, Esq.
Fla. Bar No. 112528
Attorneys for Defendant,
THE DISTRICT BOARD OF
TRUSTEES OF DAYTONA STATE
COLLEGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November, 2019, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to: Keith L. Hammond, Esq., 250 N. Orange Avenue, Suite 1200, Orlando, Florida 32801, keith@hammondlawcenter.com, admin@hammondlawcenter.com.

By: _s/ Dylan J. Hall, Esq._
LISA J. AUGSPURGER, ESQ.
Florida Bar No. 892451
DYLAN J. HALL, ESQ.
Florida Bar No. 112528
BUSH & AUGSPURGER, P.A.
411 E. Jackson Street
Orlando, FL  32801
(407) 422-5319
(407) 849-1821 – FAX
lja@bushlawgroup.com
djh@bushlawgroup.com
slo@bushlawgroup.com
Attorneys for Defendant,
THE DISTRICT BOARD OF
TRUSTEES OF DAYTONA
STATE COLLEGE